**Order entered April 11, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-12-00696-CR

**GUSTAVO RENE CASTILLO, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 7**
**Dallas County, Texas**
**Trial Court Cause No. F09-58463-Y**

## ORDER

The Court **ORDERS** Sharon Hazlewood, as official court reporter of the Criminal District Court No. 7, to file, within **FIFTEEN DAYS** of the date of this order, a supplemental record containing copies of State's Exhibit nos. 6 and 7.

We **DIRECT** the Clerk to send copies of this order, by electronic transmission, to Sharon Hazlewood, official court reporter, Criminal District Court No. 7, and to counsel for all parties.

/s/ DAVID EVANS
JUSTICE